(102 So. 920)

Tide CREW v. STATE. (6 Div. 616.) (Court of Appeals of Alabama. Jan. 13, 1925. Rehearing Denied Feb. 3, 1925.) Appeal from Circuit Court, Lamar County; Ernest Lacy, Judge. Tide Crew was convicted of manufacturing prohibited liquors, and he appeals. Affirmed.

R. G. Redden, of Vernon, for appellant.

Mere presence of defendant at the place where liquor was being made was not sufficient evidence of his guilt. Lee v. State, 18 Ala. App. 566, 93 So. 59.

Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

The evidence is sufficient to sustain a conviction. Haynes v. State, ante, p. 53, 100 So. 575.

SAMFORD, J. It is insisted in brief of counsel that there was not sufficient evidence to submit the question of the guilt or innocence of the defendant to the jury. As to this we are of the opinion that sufficient facts were testified to by the witness for the state to au-

thorize a verdict of guilt. But, whether this be so or not, there is no request for the general affirmative charge, nor is the ruling of the court invoked in any manner, so as to present the question for review. Errors complained of must appear in the record, without which they will not be considered. We find no error in the record, and the judgment is affirmed. Affirmed.